# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MARC HOLTGRAVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:02CV01588 DDN |
| | ) |
| CITY OF SAINT JOHN, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION IN LIMINE

COMES NOW Plaintiff, by and through counsel, and moves in limine to exclude the Defendants from mentioning in voir dire, opening statement, closing argument or from presenting or eliciting from any witnesses, any reference or mention of the following:

1. Mark Holtgrave's prior record of arrests, convictions and sentences.

2. Juvenile court supervision of Mark Holtgrave Jr. and Greg Holtgrave.

3. Any previous calls for service by the St. John Police Department to the Holtgrave residence.

4. The decision by the U.S. Department of Justice not to prosecute the Defendant officers.

5. Plaintiff sets forth the reasons for his objections in his Memorandum in Support filed herewith.

WHEREFORE, Plaintiff respectfully prays that his Motion be ordered sustained and that the Court exclude from evidence testimony or any mention of the matters set forth above and make whatever additional rulings it deems necessary and proper in the circumstances.

Respectfully submitted this
14th day of May, 2004


By: /s/ Stephen M. Ryals
    Stephen M. Ryals    #10602
    THE RYALS LAW FIRM, P.C.
    8008 Carondelet, Suite 205
    St. Louis, MO  63105
    (314) 862-6262
    (314) 862-8845  FAX
    E-Mail:  ryals@rslawstl.com


and


  /s/ Richard L. Swatek
Richard L. Swatek    #4519
720 Olive, Ste 1600
St. Louis, MO 63101-2321
(314) 436-2000; FAX (314) 436-2002
Email: rswatek@swateklaw.com

Attorneys for Plaintiff Holtgrave


**CERTIFICATE OF SERVICE**

    I hereby certify that on May 14th, 2004, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Peter J. Dunne
Rabbitt, Pitzer & Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

Attorney for Defendants